Form a0ogrffy

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202–4133

In Re: Lance Barton Hebert

Debtor(s)

SSN/TAX ID:
xxx–xx–5612

Case No.: 1:10–bk–14219

Chapter: 7

Judge: Jeffery P. Hopkins

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The Debtor having applied for authority to pay the filing fee in installments, it is ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$29.00 remitted with application;

$90.00 on or before 8/1/2010;

$90.00 on or before 9/10/2010;

$90.00 on or before 10/19/2010.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated: June 22, 2010

Jeffery P. Hopkins
United States Bankruptcy Judge

Copies to:
    Debtor(s)
    Debtor's(s') Attorney
    Trustee
    U.S. Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0648-1          User: lackeyg          Page 1 of 1              Date Rcvd: Jun 22, 2010
Case: 10-14219                Form ID: a0ogrffy      Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 24, 2010.
db          +Lance Barton Hebert,    5 FALLRIVER CRT,    FAIRFIELD, OH 45014-5319

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**                          **Signature:**  *Joseph Speetjens*