**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: July 09, 2010**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **LANCE BARTON HEBERT** | : | Case No. 10-14219 |
| | : | Chapter 7 |
| Debtor | : | Judge Hopkins |
| | : | |

**ORDER DISMISSING CASE**

This case was filed on June 21, 2010. On June 22, 2010, the Court issued a deficiency notice, stating that a credit counseling certificate had not been filed. See Doc. 6. The notice directed the Debtor to file the certificate within 14 days. Absent compliance, the case would "be presented to the bankruptcy judge for immediate dismissal[.]"

The Debtor has failed to comply with the notice. Consequently, the case is hereby **DISMISSED**.

Copies to:

All Creditors and Parties in Interest

###