**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: July 09, 2010**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In Re : | |
| **LANCE BARTON HEBERT** : | Case No. 10-14219 |
| : | Chapter 7 |
| Debtor : | Judge Hopkins |
| : | |

### ORDER DISMISSING CASE

This case was filed on June 21, 2010. On June 22, 2010, the Court issued a deficiency notice, stating that a credit counseling certificate had not been filed. See Doc. 6. The notice directed the Debtor to file the certificate within 14 days. Absent compliance, the case would "be presented to the bankruptcy judge for immediate dismissal[.]"

The Debtor has failed to comply with the notice. Consequently, the case is hereby **DISMISSED**.

Copies to:

All Creditors and Parties in Interest

###

# CERTIFICATE OF NOTICE

```
District/off: 0648-1          User: armstrog              Page 1 of 1              Date Rcvd: Jul 12, 2010
Case: 10-14219                Form ID: pdf01              Total Noticed: 11

The following entities were noticed by first class mail on Jul 14, 2010.
db          +Lance Barton Hebert,    5 FALLRIVER CRT,    FAIRFIELD, OH 45014-5319
cr          +PennyMac Loan Services, LLC.,    P O Box 829009,    Dallas, TX 75382-9009
13623605    +BANK OF AMERICA,    PO BOX 17054,    WILMINGTON, DE 19850-7054
13623606    +BEST BUY,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13623607    +CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
13623608    +CHASE AUTO,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
13623610    +MARSHALL & ILSLEY,    770 N WATER ST,    MILWAUKEE, WI 53202-3509
13623611    +PENNYMAC,    27001 AGOURA RD STE 350,    CALABASAS, CA 91301-5112
13623612    +SALLIE MAE,    11100 USA PKWY,    FISHER, IN 46037-9203
13623613     US BANK,    PO BOX 106,    SAINT LOUIS, MO 63166

The following entities were noticed by electronic transmission on Jul 12, 2010.
13623609     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2010 23:03:05      DISCOVER,   PO BOX 15316,
              WILMINGTON, DE  19850
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2010**                    **Signature:**    _Joseph Speetjens_