**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: October 27, 2010**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| In re: | ) | Case No. 10-14219 |
| | ) | |
| Lance Barton Hebert | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | **Hon. Jeffery P. Hopkins** |
| | ) | U.S. Bankruptcy Judge |

### AGREED ENTRY BETWEEN PAMELA THEODOTOU AND UNITED STATES TRUSTEE RESOLVING §329 ISSUES

By agreement of Attorney Pamela Theodotou and the U.S. Trustee, with the approval of this Court, Attorney Theodotou will return the filing fee of $299 to the Debtors within seven (7) days from the date of this Order and file a Notice indicating that she has complied with this Order within seven (7) days from such compliance.

IT IS SO ORDERED.

APPROVED AS TO FORM AND CONTENT BY:

<u>/s/ Monica V. Kindt</u>
Monica V. Kindt, Esq.
Assistant U.S. Trustee

<u>/s/ Pamela Theodotou by M. Kindt by e-mail authority</u>
Pamela Theodotou, Esq.


COPIES TO:

Default List.


###